IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

GARY THOMPSON, ET AL.                                                    PLAINTIFFS

   VS.                                             CIVIL ACTION NO. 3:04CV837BN

SANDERSON FARMS, INC.                                                     DEFENDANT
_____

**ORDER GRANTING MOTION TO WITHDRAW
AS ASSISTANT COUNSEL FOR
DEFENDANT, UNITED FOOD AND COMMERCIAL WORKERS
LOCAL 1529**

THIS DAY, THIS CAUSE, came on to be heard upon the motion of Paul A. Koerber, Attorney at Law, who has served as assistant counsel for Defendant, United Food and Commercial Workers Local 1529 (hereinafter referred to as "UFCW Local 1529"), for Leave to Withdraw as such Assistant Counsel in the above styled civil actions. The docket does not reflect that Mr. Koerber is counsel for UFCW.

However, Attorney Koerber and Attorney Doolittle made an appearance in this case as counsel for United Food pursuant to the direction of Judge Barbour in his Order and Opinion filed December 16, 2003, docket entry #21, Cause No. 3:03cv699BN. They filed an Answer on behalf of United Food on February 29, 2004, docket entry #31. Subsequently, the Court severed the case by Order filed August 26, 2004, docket entry #43, and Judge Barbour ordered that 3:03cv699 be closed and new case numbers opened for six separate cases. Inadvertently, Mr. Doolittle and Mr. Koerber were not listed as counsel for the

Defendant United Food, although they had entered an appearance in the initial case and should have been listed.

Having heard and considered said Motion, having otherwise been fully advised in the premises, and noting that said Defendant is still represented by its lead counsel, Roger K. Doolittle, Attorney at Law, the Court finds the motion to be well taken, and the same is hereby granted.

IT IS, THEREFORE, ORDERED that Paul A. Koerber be and he is hereby allowed to withdraw as assisting counsel for UFCW Local 1529, inasmuch as lead counsel, Roger K. Doolittle, remains in these proceedings.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter Mr. Doolittle on the docket of this case as counsel for UFCW Local 1529.

SO ORDERED, this the 27th day of June, 2006.

                            S/ James C. Sumner
                    UNITED STATES MAGISTRATE JUDGE